IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| LEROY HAMLETT and MARSHA HAMLETT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: 4:15-CV-00001 |
| | ) | |
| CARROLL FULMER LOGISTICS CORPORATION, STEVEN GEORGE SWARTZ, and PROTECTIVE INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>ORDER</u>

HAVING READ AND CONSIDERED Plaintiffs' Unopposed Motion to

Issue Summons,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Motion is

GRANTED. The Clerk of Court shall issue a summons as requested in Plaintiffs'

Motion.

SO ORDERED this 27th day of January, 2015.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

1