# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LEROY HAMLETT et al.,                        )
                                             )
        Plaintiffs,                          )
v.                                           )        Case No.  CV415-001
                                             )
CARROLL FULMER LOGISTICS                     )
CORPORATION et al.,                          )
                                             )
        Defendants.                          )

## ORDER

The Court **VACATES** that portion of its February 10, 2015 Scheduling Order that requires the filing of a Status Report.  None is required in this case.

**SO ORDERED,** this 6ᵀᴴ day of August, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**