IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LEROY HAMLETT AND MARSHA HAMLETT,<br><br>    Plaintiff,<br><br>v.<br><br>CARROLL FULMER LOGISTICS CORPORATION, STEVEN GEORGE SWARTZ AND PROTECTIVE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.:  4:15-cv-00001-LGW-GRS |

## DEFENDANTS' MOTION TO EXCLUDE CERTAIN PORTIONS OF JEFFREY ALAN KIDD'S TESTIMONY

Pursuant to F.R.C.P., Rules 26(a)(2) and 37(c), Defendants file this Memorandum of Law in Support of Defendants' Motion to Exclude Certain Portions of Jeffrey Alan Kidd's ("Kidd") Testimony which include the calculations and diagrams not produced with his written report by the Court's July 23, 2015 deadline and Kidd's opinions that "(A) Driver Steven G. Swartz, operating a 2010 Mack tractor-trailer, owned by Carroll Fulmer Logistics, failed to keep a proper lookout"; and "(B) Driver Steven G. Swartz, operating a 2010 Mack tractor-trailer, owned by Carroll Fulmer Logistics, failed to yield while turning left.  Mr. Steven G. Swartz turned into the path of a 2012 Honda CBR 1000R operated by Mr.

-2-

Leroy T. Hamlett, and is the sole cause of this collision." Defendants rely upon their supporting memorandum of law, and all pleadings, discovery, and depositions on file or to be filed with the Court in accordance with the law.

s/JOHN D. DIXON
Georgia Bar No. 223376
s/BRENT M. ESTES
Georgia Bar No. 250605
For the Firm
Attorneys for Defendant
DENNIS, CORRY, PORTER & SMITH, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
Telephone:(404) 365-0102
Facsimile:(404) 365-0134
Email:      JDixon@dcplaw.com
            BEstes@dcplaw.com

-3-

## CERTIFICATE OF SERVICE

I electronically filed **DEFENDANTS' MOTION TO EXCLUDE CERTAIN PORTIONS OF JEFFREY ALAN KIDD'S TESTIMONY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Peter A. Law, Esq.
> Edward A. Piasta, Esq.
> Law & Moran Attorneys at Law
> 563 Spring Street, N.W.
> Atlanta, GA  30308
> *Attorney for Plaintiff*
>
> Michael Hostilo, Esq.
> Law Office of Michael Hostilo
> 114 Canal Street, #201
> Pooler, GA  31322
> *Attorney for Plaintiff*
>
> Michael L. Wetzel, Esq.
> Law Office of Michael L. Wetzel
> Manger Building, Suite 402D
> 7 East Congress Street
> Savannah, GA  31401
> *Attorney for GEICO*

This 16th day of November, 2015.

/s/   JOHN D. DIXON
For the Firm

Doc 441 / 2402-12173 (JDD)