FRANCES WILLARD RUSHING, Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

_____

LEROY HAMLETT and MARSHA HAMLETT )
                                 )
     Plaintiffs,            )   CIVIL ACTION FILE
v.                          )
                                 )   NO. 4:15-CV-00001-LGW-GRS
CARROLL FULMER LOGISTICS     )
CORPORATION, STEVEN GEORGE      )
SWARTZ AND PROTECTIVE INSURANCE )
COMPANY,                        )
     Defendants.           )
_____)


       Deposition of FRANCES WILLARD RUSHING, Ph.D.,

taken at the instance of the Defendants, pursuant

to stipulations herein, the reading and signing

of the deposition being reserved, before Carol

Lipinsky, Certified Court Reporter, at

565 Spring Street, NW, Atlanta, Georgia,

commencing at 10:30 a.m., September 29, 2015.


_____

WHEELER REPORTING COMPANY, INC.

1600 Northside Drive, N.W.

Suite 250

Atlanta, Georgia  30318

(404)351-4577



INDEX TO EXHIBITS

EXHIBIT    DESCRIPTION

#1         Five-Page Written Report

#2         2015 Basic Pay Document



```
 1   APPEARANCES OF COUNSEL:
 2   For the Plaintiff:
 3        EDWARD A. PIASTA, Esquire
 4        Law & Moran
 5        565 Spring Street, NW
 6        Atlanta, Georgia  34207-3514
 7   For the Defendants:
 8        JOHN DIXON, Esquire
 9        Dennis, Corry, Porter & Smith
10        14 Piedmont Center, N.E.
11        Suite 900
12        3535 Piedmont Road
13        Atlanta, Georgia 30305
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1              MR. DIXON:  Normal stipulations?
 2              MR. PIASTA:  Yes.  Read and sign?
 3              THE WITNESS:  No at this point.  At the
 4       conclusion, if I change my mind, I will notify.
 5                      (Signature reserved.)
 6                    FRANCES WILLARD RUSHING,
 7    having been first duly sworn to tell the whole truth, was
 8    examined and testified as follows:
 9                          EXAMINATION
10    BY MR. DIXON:
11       Q    Dr. Rushing, could you state your full name for
12    us?
13       A    Frances Willard Rushing.
14            (Document marked Exhibit 1)
15    BY MR. DIXON:
16       Q    Let me show you what I have marked as Exhibit 1.
17    I believe that to be a complete copy of the five-page
18    written report.
19       A    Yes.
20       Q    You can hold on to that one.  Tell me what
21    assumptions that you made in the case.  I know you have
22    three scenarios.  Walk through them with me.
23       A    Okay.  If I may -- that's a good question.  So I
24    am going to give you a rather extended overview of what
25    this analysis is all about.
```



 1      Q     Sure.

 2      A     What I have been asked to do is to do an

 3   analysis of potential losses of earnings capacity for

 4   Mr. Hamlett and if certain assumptions that I made will

 5   help drive the analysis.  I start out in my report

 6   obviously as giving you the facts as I know them.

 7           In the course of this, we are dealing with the

 8   question of what potential losses will Sergeant Hamlett

 9   have if, in fact, he is unable to continue his career in

10   the United States Army.

11           So the first assumption that I made was that he

12   would not be retained by the United States Army beyond

13   January 1, 2016.  Now, that of course is not judgment.  It

14   has not actually been concluded as of yet.  It's still

15   under review, so to speak, with various processes going

16   through to determine the extent of his injury and his

17   physical and mental capacity in order to continue.  So it

18   has not been definitely determined if, in fact, he will be

19   released.  We need a starting point.  That is an

20   assumption that I have made.

21           If that, in fact, is the case, then the first --

22   really, the first possible outcome would be that he would

23   then exit the U.S. Army, and he would forego whatever

24   potential earnings he would have had as a sergeant in the

25   United States Army for the remainder of his career, which



1   in this case, I have assessed to be up to 30 years.  As
2   you know -- well, in the Army, you can retire at different
3   times across the spectrum of years.  Typically, starting
4   at 20 years and usually routinely 30 years, which normally
5   most careers terminate by 30 years due to a lot of things
6   in the process.
7            So if, in fact, that were the case, then he
8   would not earn the wages and benefits that he would have
9   had during a career that would expand essentially about
10  eight years, a little over eight years beyond the
11  January 1, 2016 date.
12           So you would have the losses of the foregone
13  wages.  You would have the losses of foregone benefits.
14  In my analysis for that initial profile, I have assumed
15  his wages as specified in the U.S. government --  U.S.
16  military pay schedule.  The date of that 2015.  I use as a
17  point of departure his 2014, December 2014 pay record to
18  show what he was actually making at that time.  That forms
19  the basis of moving forward into the 2015.
20           So obviously, the losses don't occur into 2016.
21  We are talking about future losses.  We are not talking
22  about any potential losses that might or might not be
23  deemed appropriate for any period of time prior to
24  January 1, 2016.
25           So we move forward, then, of assuming that he



1   would have remained in the rank of a seven.  Then he would
2   have had the loss pay in fringes.  I have only included in
3   his loss fringes that of his subsistence and his housing.
4   Those are two components that are in there as well as his
5   pay.
6           So I did the calculation to run out for a period
7   of time what his wages and fringes would have been had he
8   remained in the military for that period of time,
9   assuming, based on the schedules that I have for various
10  pay grade and seven.
11          But if you will note, the pay grade changes
12  usually in two-year -- after two-year intervals.  You have
13  a wage.  It stays constant for two years.  Then it goes up
14  again on the general pay schedule.  So even if you are not
15  getting promoted, you are going to get additional pay for
16  your services.
17          I simply broke it down in that fashion
18  realizing, of course, that as it has turned out, pay
19  increases in the United States military is typically a
20  function of budgetary action by the Congress.  And the
21  Congress has taken budgetary action in the sequester for
22  the budget which includes the defense department.
23          So you have constraints, if you will, that
24  currently exist in that record.  So we have not seen
25  significant pay changes for the military over the past few



1    years.  And I don't know when and if those -- that will be

2    taken off as a constraint for future pay raises.

3            What I actually did in looking at the pay

4    schedule, the nominal change or percentage change over

5    time seems to be at 1 percent on the schedule that their

6    reporting.  So routinely, you are going to get a jump and

7    a 1 percent increase adjustment over time.

8            I think there's in my file a document that says

9    it's going to be 1 percent throughout to 2018.  I had some

10   basis of assuming that was.  And that's a pretty small

11   assumption in terms of magnitude of change to make.  I

12   felt like I had no other basis for any significantly

13   higher change.  Since it's the subject of Congress, that

14   action could be one year, 7 percent.  The next year it

15   could be zero.  The next year, 3 and a 4.  I have no way

16   of knowing what that action will be.

17           In that sense, it's consistent.  It's not, I

18   don't think in any stretch of the word, over reaching what

19   potential might be for pay changes.  They will occur.

20   Those are revised --

21       Q    Right.

22       A    -- over time.

23       Q    Let me stop you right there.  I hate to

24   interrupt you.

25       A    Sure.  That's okay.



1      Q    For the Profiles one, two and three, the way you
2   are calculating the future lost earning capacity is
3   increasing 1 percent annually?
4      A    On the base.
5      Q    On the base?
6      A    That's reported, out of the table.  Because we
7   know what it is in 2015.  We know it's not going to be the
8   same thing forever out into the future.  We know it will
9   change.
10      Q    So it's 1 percent increase on the base reported
11   on the table.
12      A    Every year.
13      Q    Every year.  But I want to -- but then inside
14   the pay grade of E-7, there are other grades.  Or is E-7
15   only get the same pay --
16             MR. PIASTA:  Yes.
17      A    It changes by years of Service.
18   BY MR. DIXON:
19      Q    Right.
20      A    His years of Service kicks him into a new pay
21   grade every two years, until you reach a certain level in
22   which it then stays flat.
23      Q    Okay.  At what point does it stay flat?
24      A    I think that stays flat maybe Year 17, 18.  It's
25   out there towards the end of your career.  Not 17, 18



1  years.  More like for E-7 it holds constant after 24.  For
2  an E-8, after 26 years.  9, after 30 years.  So that's
3  obviously a differential in each of the profiles.
4      Q    Right.  So how did you compensate for -- if he
5  remained in the Army and remained an E-7, what did you
6  calculate for his getting upgraded within E-7?
7      A    You just put it down on years, you go by years.
8  You have when those pay changes take.  Once it becomes
9  constant, you don't change.  The only thing that I do is
10  change it by 1 percent for the year after that.  In other
11  words, that schedule is going to change over there.  You
12  are not going to keep the 2015 pay schedule the same for
13  the rest of time.
14      Q    Right.
15      A    We know it's going to change.  I am saying I
16  have some indication that about 1 percent --
17      Q    I understand that.
18      A    You understand that?
19      Q    Yes, I got that part.  How do grades work, Grade
20  one, two?
21      A    E-7.
22      Q    E-7.  Aren't there adjustments under E-7?
23           MR. PIASTA:  I think you may want, to help,
24      to look at this chart.  There's step increases
25      within each grade.



```
 1          MR. DIXON:  That's what I thought.

 2     A    But see, he is over 20 now.

 3  BY MR. DIXON:

 4     Q    Right.

 5     A    So he would go down to E-7 down here.

 6     Q    Okay.

 7     A    So that tells you his rate of pay.  When he goes

 8  to 24, he goes up another step for two more years.  Then

 9  he goes to 26.  That may be when it kicks in constant.

10     Q    So is this the chart that you used --

11     A    Yes.

12     Q    -- in calculating forward, increasing these

13  numbers by 1 percent?

14     A    Correct.

15          (Document marked Exhibit 2)

16  BY MR. DIXON:

17     Q    Just to make sure we got it on the record, what

18  we have been just discussing has now been marked Exhibit

19  No. 2.  That is the 2015 basic pay, effective January 1st

20  2015.

21     A    Yes, sir.

22     Q    We can look at E-7 on the left-hand column.

23  It's labeled at the top over 20, over 22, over 24, over

24  26, over 28.  Two-year increments.  We can go down to E-7

25  and look at the pay increases, even though if he remains
```



1    an E-7, every two years it will go up slightly?

2         A    Correct.

3         Q    What you have done, based on some information

4    that you had that indicated 1 percent change, at least

5    through potentially 2018, was just simply increase these

6    numbers by 1 percent projecting forward?

7         A    Correct.  This will help you somewhat.  This is

8    the worksheet.  You can see these come off of the report.

9    Then they are inflated out to the year in which they are

10   earned.  So you are getting some inflation.  This number

11   is not going to stay the same.  It's going to get

12   1 percent adjustment each year going out.  This you can

13   see, it goes constant here, which is after year -- what,

14   the year 2021, I guess.

15        Q    So after 2021, the only adjustment is 1 percent?

16        A    Correct.  It doesn't specify another change.

17   What we are looking at is to find what his wage losses

18   would be for the period of time from 2016 to 2024.  In

19   2024 would be the period of time in which he would have

20   gotten 30-year retirement.  Okay.

21             What I have done is a calculation to show future

22   lost wages period of time of January 1, 2006 (sic) to

23   2024.  And what we find is the value of his loss

24   fringes -- allowances is what we call them -- is another

25   value.  And that is calculated slightly differently,



1    because they do get a cost-of-living adjustment on

2    allowances.  So those are inflated at 2.4 percent.  So I

3    do a separate calculation for fringes -- allowances versus

4    base pay.  Does that make sense?

5        Q    Yes, sir.

6        A    So when I say the loss of wages and allowances

7    for a period January 1, 2016 to September 1, 2024, which

8    is known as Profile 3, then his loss of wages and

9    allowances for that period of time is $585,157, which

10   represents the inflated base wage and the inflated

11   allowances.  And all of them are discounted at 5 percent.

12   So you have a fairly significant discount when you are

13   only inflating 1 percent and discounting it 5 percent.

14          Now, that's the first thing.  Now, we go back to

15   on the same profile.  He is still a seven.  But he would

16   have a claim -- he would have -- certainly could make a

17   statement, if I am forced to retire in January 1, 2016,

18   then I will only be eligible for a retirement of an

19   individual with 21 years of Service, roughly 21.  That

20   means that I will forego the differential between my -- to

21   simplify, say 21 years versus 30 years.

22          Therefore, I needed to calculate both his

23   retirement for 21 years of Service and his retirement for

24   30 years of Service since presumably, that would represent

25   a differential resulting from his being medically



1   discharged.  Am I making any sense?

2       Q    I am following you completely.

3       A    Okay.

4       Q    Start slinging numbers at me, and you might lose

5   me.  I am on the same page with you so far.

6       A    I run two profiles.  I run the one with

7   requirement, what is his retirement going to be for the

8   remainder of his life expectancy; for 30-year retirement,

9   and what will it be if he is retired at 21 years of age.

10  The difference is between those two.

11           If you look at Profile 3 on the report, you will

12  say present value of 21-year retirement after 2024.

13  Remember, we already assumed the losses for his loss wages

14  until age 30.  Okay.  I mean, for 30 years of Service.  We

15  are not trying to recapture that again.  We are only

16  looking at after he retires in 30 years of Service.

17           So it's a differential between 30 years of

18  Service retirement and 21 years of Service retirement.  So

19  I have calculated that 21-year retirement would have been

20  $451,003.  But the 30-year retirement would have been

21  $657,315.  So you would have a differential of $206,000

22  roughly.  Am I still making sense?

23      Q    I am, if you will just give me the percentage

24  difference between retirement benefits at 21 years and 30

25  years.  Doesn't it cap out at 30 years, 75 percent of base



1  bay?

2      A    Yes.  What it is, is after 20 years you earn

3  2.5 percent per year of additional years Service.

4      Q    Over 50 percent, right?

5      A    Yeah.

6      Q    Yes.

7      A    So 20 years is 50 percent.  For the next ten

8  years, you only get another 25 percent.  Are you with me?

9      Q    Yes, sir.

10     A    Then you get a difference between -- though he

11 was already 21 years.  His retirement wasn't 50 percent of

12 his base pay, when he is in -- at the end of 2015; it is

13 21 years of Service.  So it would have been 52, let's say

14 roughly 52.5.  It will hold true for all of them.

15         So if you -- if Profile 3, for lack of a better

16 term, is a base comparison for Profile 1 and Profile 2.

17 So this is profiled assuming seven.  This is the only

18 grade he ever achieves before he is released.  And that he

19 would have never, had he stayed in, got a promotion.

20     Q    For all three of the profiles, for every year

21 after January 1st, 2016 he stays in, his retirement

22 benefits would increase by 2.5 percent?

23     A    That's correct.  Of the base of the year of

24 retirement.  That's why the 2016, is because his

25 52 percent is on a low base.  If he had stayed in the



1  Service and gone out -- I had to calculate what it would
2  have been out into the 30-year retirement, then the
3  75 percent is on a higher retirement base.  So it's
4  50 percent of the base pay on the day of retiring.  I
5  think that's a correct statement.
6        So that's why Profile 1 keeps -- Profile 3 keeps
7  repeating itself than the others, because it's the basis
8  of determining what the loss, potential losses would be.
9  But the methodology is identical.  If you want, I will let
10  you ask the questions.
11        We can demonstrate that either with Profile 2 or
12  Profile 1.  Since you got your page turned to 2, why don't
13  we look at 2.
14        So what Profile 2 says, it makes an assumption
15  that he would have been promoted to an E-8 in 2017.  Are
16  you reading Profile 2?
17     Q    I am looking at it; yes, sir.
18     A    Then the wages he would have earned obviously
19  will be higher.  When you compare it to E-7 below, you
20  will notice it is higher.  And the fringes, however,
21  remain the same, because the fringes are not predicated on
22  his base pay; it's predicated on what the Army assigns as
23  subsistence and housing.
24     Q    What does his subsistence include?
25     A    It includes food and housing allowances.



1      Q     Okay.  So subsistence --

2      A     Is food.

3      Q     I didn't know if it included anything else.

4      A     There may be a broader definition.  But in my

5  file, it has -- it's defined as allowances.  There are

6  other fringes or allowances that I didn't try to take into

7  consideration.

8      Q     That's fine.

9      A     I thought those were the two fundamentals, and

10 they carried forward.  And of course, those were only

11 awarded, I think, during active-duty time.  So they are

12 considered in the profiles for an E-7, for instance, if

13 they -- assuming he went 30 years.  Then he would have

14 those out to that period of time.  Those are inflated at

15 2.4 percent, which is the average of the -- actually, the

16 average for the Social Security adjustments in the last 22

17 years or 20 years.

18     Q     Based on the change of the CPI?

19     A     Yes.  The actual early on -- I think the

20 first -- what I looked at in the documents that I had that

21 the actual change was only like 1.89 over the last three

22 years.  So I used that as the adjustment on -- excuse

23 me -- on the -- I use that as the adjustment on the

24 allowances.  And the 2.4 was the adjustment on the

25 retirement pay.



1        Q     All right.

2        A     So once again, the allowances are subject to

3   Congressional action.  So those are voted on presumably

4   every time we get a budget, which we never know when

5   that's going to be.

6        Q     The allowances are not at 2.4?

7        A     No.  I'm sorry.  I misspoke.

8        Q     No problem.  It was 1. --

9        A     1.89, I think.  That's for three years.  The

10  change -- yes, the most recent changes.  I didn't include

11  the year before those three years, which was a 7 percent

12  change.  I didn't think that was going to be anything

13  likely in the near term.

14       Q     Then the retirement?

15       A     Is the CPI of 2.4.  So that's a COLA adjustment

16  in the retirement.  Otherwise, everyone is in a declining

17  state.

18       Q     Tell me how 2.4 applies to these increased -- to

19  get these numbers in the retirement?

20       A     Well, once an individual retires and his retired

21  pay is established, then the retired pay should change by

22  COLA adjustments.  Like Social Security does.  It's an

23  annual adjustment to pay.

24       Q     So they get -- if someone is in the Army 20

25  years, they get 50 percent of their base pay.  Say, they



1  are making 50,000.  They would be getting 25,000 in

2  benefits, but that would be increased by cost of living

3  adjustment?

4       A    For life expectancy.

5       Q    The military does that?

6       A    Yes.

7       Q    So it's just automatic?

8       A    It comes out the DOD budget, of course.  Once

9  again, everything is subject to Congressional decisions.

10 I try to keep it as clean as I could and not interject a

11 whole lot of different assumptions.  But what seemed to be

12 just using what we know from the recent past about our --

13 that weights pretty well, the near term, low adjustments

14 have occurred in, let's say, Social Security.  So if I had

15 gone back a long period of time, let's say 30 years back,

16 that percentage would be higher, because you have higher

17 inflation in the past.

18      Q    So both are looking at Profile 3, the

19 retirement -- both the retirement numbers have been

20 increased by 2.4 percent?

21      A    Yes.

22      Q    The 21-year retirement after 2024?

23      A    Yes.

24      Q    And the 30-year retirement after 2024?

25      A    Yes.



1      Q      Both went up by 2.4 percent in all profiles?

2      A      Correct.  They live by the same statutes, so to

3   speak, so they would be consistent.  The differential is

4   simply in the number of years of Service, which changes

5   your base for retirement, your percentage of your base for

6   retirement.  Then it kicks in for a COLA adjustment.

7             On Profile 3, if we assume he keeps the rank of

8   E-7, he would have the loss of wages and allowances for

9   the period out to retirement of age 30, which, at least in

10  this deposition, states his intent.  And then he would

11  have had the loss of the differential between his medical

12  retirement 21 years versus his intent retirement in 30

13  years, because that would then give you a different income

14  stream over time.

15            Do you want me to try to make Profile 2 make

16  sense?

17     Q      Go ahead.  I think I already know what you are

18  going to say.

19     A      The methodology is identical.  The only

20  differential is that -- in the initial profile, which says

21  during the period of time after 2016 he would have got

22  promoted to an E-8.  And I specified, as you must, a

23  particular date in which the motion would take place.

24  And -- at least I think I do.

25     Q      You said 2017.



1        A    Yes.  And then it would simply move forward,

2  which means then you would have a -- your base pay at the

3  end of your 30 years would be higher than it would have

4  been if you had stayed in E-7.  You would have had a

5  different than a retirement out into the future.

6           And that is compared and contrasted by the

7  realities of his leaving the Service in January 1, 2016.

8  So you have that different profile both in terms of

9  earning while he is on active-duty.  Then you have the

10  differential also that would occur from his retirement

11  based on an E-8 base pay at 75 percent.

12           So that what I attempted to do then, if you look

13  at the profile which show what his wages and allowances

14  would have been with the promotion at E-8.  That is

15  $634,882, which is higher than what we had for E-7, which

16  was $585,157.  So that you would expect.

17           Then the loss, if you will, from retirement

18  would be -- the retirement he would have had with an E-7

19  would have been 451,003.  What he would have with an E-8

20  would have been 753,779.  So you have a loss of 302,776.

21  I should say a difference between those two retirements.

22        Q    What figure were you using to calculate the

23  retirement numbers, the 451,003?  That's, of course, the

24  present value of 21-year retirement after 2024.  What was

25  your first figure that you started with?  I know you



1   increased it.

2        A    You are talking about E-7, the E-7 number?  You

3   want to know the E-7 number or?

4        Q    No.  It's the same on all three of them.

5   Present value.

6             (Telephone interruption.)

7        A    Excuse me.

8   BY MR. DIXON:

9        Q    Sure.  If you need to take it, that's fine.

10       A    I don't.

11       Q    I am just looking at the present value of

12   21-year retirement after 2024.

13       A    Yes.

14       Q    $451,003.  It's the same on all three profiles,

15   assuming he retired --

16       A    Right.

17       Q    -- at E-7?

18       A    That's correct.

19       Q    What was your -- what figure did you use for

20   that?

21       A    What was the base?

22       Q    The base.  I know it increased, so we will start

23   with -- I guess to put it in simple terms, what did you

24   assume he would be making in December of 2015?

25       A    He would have -- his base in 2015?



```
 1        Q    Isn't that what we would have --
 2        A    No.  The base number would have been ...
 3        Q    I'm sorry.
 4        A    The base number would have been --
 5        Q    I'm sorry.  After 2024, yes.  That's what you
 6   did.  What is his --
 7        A    That would have been 5400 -- $5,464.27.
 8        Q    Monthly?
 9        A    Yes.
10        Q    So that would have been in December of 2023?
11        A    Right.  Well in '24, he would have made $49,178.
12   He retired actually -- reached retirement.  Then the
13   numbers progress up from that, 2.4 percent.
14        Q    That was from 2024.  Let me go to Profile 3.
15   Present value of future lost wages, 411,226.
16        A    What was the base wage then?  That goes all the
17   way back to ...
18        Q    That would have been December 2015.
19        A    Yes, he would have --
20        Q    I guess it would have been -- yes, that would
21   have been the number we would use starting January 1st.
22        A    In 2015 it would have been $4415.40.  Then 16,
23   it would have gone up to 44, 59, 55.
24        Q    The monthly --
25        A    Yes.
```



1      Q     -- base pay per month.

2      A     But his base year for determining retirement

3  would have been 4999 -- 4996.20.

4      Q     That would have been --

5      A     Then he would have got a percent aisle of that.

6      Q     What year is the 49 96 20?

7      A     That would have been his 30th year.

8      Q     Thirtieth year?

9      A     Yes.

10     Q     Okay.

11     A     Off the chart, that is.  Off that chart.  Then

12  it would have been inflated at 1 percent per annum to get

13  out to that actual value for that year.  Does that make

14  any sense to you?

15     Q     Okay.  Yes.  I see it on here.

16     A     The value in that year would have been

17  $55,464.27 in 2024 dollars.

18     Q     That's what I was looking for.  Give me that one

19  more time, 2024 dollars.

20     A     You think you are getting confused.  $55,464.27.

21  So by 12, he would have been making 65,571.  So the

22  obvious larger one would be in the case where you moved --

23  the assumption -- if he were to have obtained an E-9,

24  which of course moves you up in the pay grade, all of the

25  differentials in between the E-7 and the E-9 would be



1  demonstrated in Profile 1 in the report.

2      Q    Do you know how the Army goes about promoting

3  people to E-8, E-9?

4      A    What the actual process is?  Well, it's

5  predicated upon whatever reviews they have of the

6  individual; what merit they believe; what, perhaps -- a

7  lot of his performance evaluations primarily; years of

8  Service, which plays a role, particularly in the

9  enlistment; also the specialty that he may be in.

10         There may be constraints.  Like any organization

11  you have, everyone can't be at the top grade.  So I mean,

12  it's by a promotion review process.  And I simply made an

13  assumption.  There's nothing in the file that indicates

14  that that was a sure occurrence --

15     Q    I didn't know if after --

16     A    -- either.

17     Q    -- a certain amount of time you automatically

18  get it.

19     A    I think when I -- in the profile for the E-9, I

20  certainly made an assumption about when that would have

21  occurred.  I think that was something like five years

22  after it was, E-8 occurred.

23     Q    Four years.  You have E-8 at -- E-9 at 2021.

24     A    I figure there had to be some lapse of time.  He

25  is not going to move that rapidly.  That's why it's



1  spelled out specifically, because it is just an

2  assumption.  I think it does demonstrate the variability

3  that, obviously, any promotion is going to have, which

4  will jump both your pay, while you are in the Service, and

5  change your retirement as well by a significant amount.

6           That's, obviously, why the losses for Profile 1

7  are, I think, a million dollars; whereas with Profile 3,

8  at 791,000.  Profile 2, it's 937,658.  So you get a range

9  across that, predicated upon the assumptions of whether

10  there are promotions or not.

11          Now, let me point out to you, I never assumed

12  any loss of benefits during any of these profiles.  In

13  other words, with the 7, I am assuming you will be

14  entitled to his health insurance, et cetera, as a retiree.

15  And the same in the other profile.  So there isn't any

16  differential between, because those benefits should be the

17  same regardless of what your rank is.

18      Q    Okay.

19      A    I think I am right on that subject.

20      Q    Then you got --

21      A    I didn't assume any losses associated with any

22  fringes, those fringes, I guess, whatever -- anyone is

23  entitled to all of them.  You can go to PX -- I don't even

24  know what the status of all those things are anymore.

25  Presumably, there's not a loss associated with that.  He



1   would be entitled to it as a 21-year Service guy, as a

2   30-year Service guy.

3        Q     You got noted Asterisk 2 on Page 3 of 5 at the

4   top.  It's obvious to everyone, but if he gets a job after

5   he gets out of the military, then whatever wages he would

6   earn would reduce the numbers on all three profiles?

7        A     That's correct, Profile 1, 2, and 3.  I have not

8   assumed -- yeah, during the 30-year gap, between 21 and

9   30, if he gets a job, then the wages and fringe losses we

10  have identified in Profile 3 would be reduced by the

11  amount of earnings that he actually made.  Okay?  That's

12  what you just said.

13       Q     Yes, sir.

14       A     I just want to make sure that I answered it

15  correctly.  That's correct.  Now, there is another

16  potential contingency or, at least, an assumption which is

17  under 12.

18       Q     Yes, sir.

19       A     That assumes that after retirement he could have

20  potentially gotten a civilian job, which would have paid

21  him a separate pool of funds from what he was earning in

22  his retirement, which are totally separate.  In other

23  words, after he retires after 30 years, he has an income

24  stream from retirement.  We have already said what that

25  would be.



1          Now, the next question becomes if after he
2     retires at 30 years, at roughly -- he is still a young man
3     relatively -- to me, he is a young man.  Relatively
4     speaking.  Then he could potentially have employment,
5     which he would earn another profile.
6          It raises a second tier of questions, which is
7     if he were to find employment -- I have tried to identify
8     from the Bureau of Labor statistics a professional
9     characteristic similar to what he was doing in the
10    military, which would have given him credentials, if you
11    will, to go out and seek employment.
12         And what is identified in there is a food
13    service manager, which, I think, parallels pretty close to
14    what he was doing.  So the labor statistics tells us an
15    individual with that job title, the average in their
16    database would be earning about 53,500 on average.  Now,
17    that is across the whole country.
18         Obviously, there could be differentials in the
19    data.  There are differentials by city, area, so forth and
20    so on.  Some would pay higher, others would be lower.  I
21    did not try and would never try to determine where
22    Sergeant Hamlett is going to retire.
23         Presumably he could be -- stay in Georgia, he
24    could go to any city he wanted to, or maybe he would go to
25    wherever he could get a job.  I don't know.  And I think



1    being married, his wife had previously had employment as

2    well.  So they might jointly seek employment in other

3    locations.

4         Q    Is there local data for Georgia regarding food

5    service manager earnings?

6         A    There is.  If I recall correctly, there was some

7    geographic areas within Georgia but not Georgia per se.

8    For instance, they would do like Atlanta, Dunwoody, up

9    like that.  I think that percentage, that total is

10   probably 48-, $49,000.  The average is 53,5-.  Some of the

11   other areas of the country was $78,000.

12             Once again, I am not going to assume he is going

13   to be one place or another place.  Here's the average.

14   It's adjustable possibly by geographic area.  I don't know

15   at this point.

16        Q    Did they break it down regionally, or do you

17   just get various areas within a state, or do they actually

18   do southeast, midwest?

19        A    Well, they could possibly do that.  I think the

20   data that I saw, to my recollection, is that they break it

21   down -- they have specific data for certain geographic

22   areas, like Atlanta, or portions of Atlanta where they

23   have a particular good data source.  They extract that

24   amount of data.  So they have a fairly large database.  I

25   mean, the U.S. government is about the only organization



1   that I know of that can get the information they need to

2   these large data analyses.  So as I said, my rationale for

3   using the averages, that doesn't specify it's going to be

4   A, B, or C location, but it is variable.

5           Now the question then becomes if he is going to

6   have a job, how long a 50-year-old would be in the

7   workplace and employed?  And that question I asked -- I

8   looked at the Statistical Tables for Work Life by Kirk

9   Kroeger that said he would work for another 14.69 years.

10  So roughly to age 65, he would be employed for that period

11  of time.

12          So then I did the average rate and wage

13  inflation, 2.8 percent for the period of time, Consumer

14  Price Index.  Since he is a civilian, I assume they would

15  have to pay him at least the legally required fringes

16  which their contribution to Social Security, Medicare,

17  Medicaid, workers' comp, and Unemployment compensation.

18  That's 11.19 percent of gross wages.

19      Q    Let me go back to the -- is the 2.8 percent CPI

20  different from the 2.43 percent CPI that we used before?

21      A    Actually, the number is different.  Let me look

22  at my worksheet and find out why I am at 2.8.  It could be

23  the period.  Let me double-check that.

24      Q    Sure.

25      A    Yep.  2.8 is what I inflated it out in that



1   period of time.  I don't have -- my guess is I went back

2   and did another calculation.  I will have to look and see

3   what period of time that 2.8 represents.  I may have

4   reduced it because of longevity.  The other one was to

5   life expectancy.  This one is for 14-point some-odd years.

6   So it may be -- that may be the difference.  But I will

7   check that.

8       Q    We are missing each other.  The 20-year CPI is

9   2.43?

10      A    Right.  But it's actually -- I inflated it to

11  2.4.  I made a hand adjustment on my report that I only

12  discovered yesterday.  I double-checked it.  It's 2.4 that

13  I actually did the retirement cost of living adjustment.

14  This is 2.8.  I will have to go back and look.

15      Q    Would that be a different CPI?

16      A    No.  Only one CPI.

17      Q    Okay.  That's what I thought.

18      A    I will have to double-check that number.  I

19  usually have a note as that what's going on there.

20      Q    Okay.

21      A    I don't see it.

22      Q    Legally required fringe benefits, employers'

23  contributions, Social Security, Medicare, Medicaid.  What

24  is a workers' compensation fringe?

25      A    Well, every employer has to be -- pay into a



1   workers' compensation, in case there are any charges

2   against them for someone who's injured on the job.  So

3   it's not terribly high, but it's essentially an insurance

4   policy.  The law requires it, either state or federal law.

5   That's why they call it legally required fringes.

6        Q    I never seen workers' comp as a fringe.  That's

7   the reason I was asking.

8        A    Well, if you are injured, it becomes a fringe

9   that you utilize.  You don't pay for the workers' comp.

10  The workers' comp claim goes against the employer.  They

11  then pay it.  So they have to set aside funding for

12  workers' comp claims.  Still not making sense?

13       Q    Well, it does.

14       A    It's the same as Unemployment.

15       Q    Let's take Georgia.  If you have less than three

16  employees, you don't need workers' comp.

17       A    That's right.

18       Q    That's why I am wondering it would be a legally

19  required fringe when some employers won't have to have it.

20       A    Well, the requirement specifies who has to pay

21  it.  You say if you have three employees, well, I can't

22  imagine somebody who has a food service manager only has

23  three employees.

24       Q    Well, if they are an independent contractor -- I

25  am just saying.  When you say legally required, it sounds



1  like this is mandated for everybody.  But if you don't

2  qualify to have to have workers' comp, you wouldn't have

3  it.  That's why.

4       A    I stand advised.

5       Q    Legally required --

6       A    I stand advised.

7       Q    Where does the legally required, where does that

8  terminology come from?  Let me ask it a different way.  I

9  am not arguing with you.  Who says it's legally required?

10      A    Just a second.

11      Q    Maybe something out there says it.  I would

12 assume if something is legally required, then everyone

13 across the board has to have it, which is obviously Social

14 Security, Medicare, Medicaid.

15      A    It's a Bureau of Labor Statistic.  I may have

16 failed to pull that for you, which is not my intent.  My

17 intent was to pull it.  That's how it specified, Bureau of

18 Labor Statistics reports.  Cost to employee for workers

19 per hour.  They have cost for fringes, cost for wages, and

20 the sum is the cost -- would be the earnings.

21           So what they pay out is what they have to pay

22 for fringes and what they have to pay for wages and the

23 total.  And under that, they identify it as legally

24 required, which they identify as employer's contributions:

25 Social Security, Medicare, Medicaid, workers' comp, and




1  Unemployment.

2      Q    Okay.

3      A    So that's where the terminology comes from.

4      Q    Okay.  Because an employee wouldn't get any

5  benefit from workers' comp unless they were actually

6  injured?

7      A    Correct.

8      Q    The same with unemployment.  Unless you are

9  actually qualified for Unemployment, you wouldn't get the

10 benefit?

11     A    But the concept is the same as life insurance.

12 You don't get the benefit unless you die.  But they are

13 paying into it for the time, if you do, if that occurrence

14 does take place, you have that insurance.  The same would

15 be for Unemployment or workers' comp.  In the case of

16 Medicare and Medicaid, those are -- of course, you will

17 actually get that benefit only if you become ill.

18          But the point is, in the psyche, it's security.

19 So it's a benefit that everyone wants to have.  They want

20 to have -- typically, people do have life insurance, and

21 they pay into Social Security.  Then on top of that, many

22 of them have independent or second health insurance.  And

23 many employers provide contributions to health insurance.

24          Same thing.  That benefit is important to you

25 when you need it.  But hopefully, you won't ever need it.



1  It's not wasted, because your sense of security is much

2  stronger when you know you got these backup benefits that

3  kick in when an occurrence takes place.

4      Q    You never want to take those benefits,

5  particularly the life insurance.

6           MR. PIASTA:  Can we take five?

7           (Recess held.)

8  BY MR. DIXON:

9      Q    Getting back to Paragraph 12 that you were

10 talking about before, do you know what the physical

11 requirements of a food service manager are?

12     A    I do not.  I would think they would be pretty

13 similar to the kinds of activities that he is currently --

14 or was doing in the Army.  I tried to parallel the two job

15 positions.  That's what, in part, raises the question,

16 would he be able to do this.  If he is able to do it, then

17 obviously, there are no losses associated with this.  If

18 he is unable to do it, then he would have, could have.

19 Then you have the raise the question, is this an

20 additional loss in terms of his foregone income for the

21 future?

22     Q    And of course, we are looking at this as a

23 possibility after 2024.

24     A    Correct.  This is not atypical.  One's typical

25 pattern from military is that when they retire at 50



1   years, 51, 52 years of age, they still have a fair amount
2   of time in front of them.  They can be effectively
3   employed.  And many of them have certain skills that they
4   can transfer into the economy.  Certainly this would be
5   one that could be transferable.  It's certainly in a world
6   in which there's quite a number of opportunities in food
7   service areas.
8        Q    We just don't know what his physical condition
9   would be in 2024, whether or not he will be able to do it?
10            MR. PIASTA:  Object on foundation.
11            THE WITNESS:  I'm sorry?  Did you say --
12            MR. PIASTA:  No, no.
13       A    I don't know.  No.  That's certainly -- I am
14  saying, if he would have done this and, he is unable to do
15  it, then you might -- it might be considered as another
16  potential loss.  If so, it would then be -- put in
17  companion with some of the other losses we talked about
18  under the first three profiles.
19       Q    If he was able to do it, then obviously it
20  wouldn't be an issue.
21       A    That's right.  It's the same condition as if he
22  finds employment, then he doesn't, after 21 -- if he could
23  find a job, then the losses we talked about for not being
24  employed in the Army would not be occurring, would be
25  reduced.



1     Q    As far as his current medical status, you don't
2   have any knowledge of that?
3     A    The only thing that I know is I read the
4   deposition of, I guess, the commander of the Wounded
5   Warriors.  I think I have the last profile, his physical
6   profile, which was fairly recent.  I am not sure the date
7   on it.
8          MR. PIASTA:  It's Exhibit 11 from the prior
9      deposition.
10         MR. DIXON:  Right.
11  BY MR. DIXON:
12    Q    And Exhibit 11 from the prior deposition -- we
13  were just talking about, the physical profile -- it
14  doesn't really give you any details about his current
15  medical condition?
16    A    No.
17    Q    That doesn't tell us whether or not he would or
18  would not be able to be a food service manager after 2024?
19    A    That's correct.
20         MR. DIXON:  I think that's all I got.
21         THE WITNESS:  Okay.  I guess in view of the
22      discussion about 2.8, I think I need to read and
23      sign.
24         MR. DIXON:  You can do that in front of any
25      notary public is fine.



1           THE WITNESS:  What, if anything else, do you

2      want duplicated?

3           MR. PIASTA:  Do you mind if he retains the

4      original?  I will make a copy of everything to

5      make sure that you have it.

6           MR. DIXON:  That's fine.

7           THE REPORTER:  Would you like to order a

8      copy of the deposition?

9           MR. PIASTA:  Yes, a mini and a PDF, ETran.

10     I can forward the deposition to him.  If you get

11     it to me, I will get it to Dr. Rushing.

12           (Deposition concluded 11:53 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25



1        E R R A T A   S H E E T

2          Pursuant to Rule 30(e) of the Federal Rules of
Civil Procedure and/or Official Code of Georgia Annotated
3  9-11-30(e), any changes in form or substance which you
desire to make to your deposition testimony shall be entered
4  upon the deposition with  a statement of the reasons given
for making them.
5          To assist you in making any such corrections,
please use the form below.  If supplemental or additional
6  pages are necessary, please furnish same and attach them to
this errata sheet.
7          I, the undersigned, FRANCES WILLARD RUSHING, Ph.D,
do hereby certify that I have read the foregoing deposition
8  and that to the best of my knowledge said deposition is true
and accurate (with the exception of the following
9  corrections listed below.)

10

11  Page____Line____should read:_____

12  Reason for change:_____

13  Page____Line____should read:_____

14  Reason for change:_____

15  Page____Line____should read:_____

16  Reason for change:_____

17  Page____Line____should read:_____

18  Reason for change:_____

19  Page____Line____should read:_____

20  Reason for change:_____

21  Page____Line____should read:_____

22  Reason for change:_____

23  Page____Line____should read:_____

24  Reason for change:_____

25  Page____Line____should read:_____



```
1    Reason for change:_____

2    Page____Line____should read:_____

3    Reason for change:_____

4    Page____Line____should read:_____

5    Reason for change:_____

6    Page____Line____should read:_____

7    Reason for change:_____

8    Page____Line____should read:_____

9    Reason for change:_____

10   Page____Line____should read:_____

11   Reason for change:_____

12   Page____Line____should read:_____

13   Reason for change:_____

14

15                              _____

16                              FRANCES WILLARD RUSHING, Ph.D

17

18   Sworn to and subscribed
     before me this_____day
19   of_____,2015.

20

21   _____

22   Notary Public
     My commission expires:_____
23

24

25
```



1  DISCLOSURE

2  STATE OF GEORGIA    DEPONENT:   FRANCES WILLARD RUSHING, Ph.D.

3  COUNTY OF FULTON

4

5          Pursuant to Article 10.B of the Rules and O.C.G.A.
   Sec. 9-11-28 (c) of the Board of Court Reporting of the
6  judicial council of Georgia, I make the following
   disclosure:

7
           I am a Georgia Certified Court Reporter.  I am
8  here as an independent contractor for Wheeler Reporting
   Company, Inc.

9
           Wheeler Reporting Company, Inc. was contacted by
10 the offices of Dennis, Corry, Porter & Smith to provide
   court reporting services for this deposition.  Wheeler
11 Reporting Company, Inc. will not be taking this deposition
   under any contract that is prohibited by O.C.G.A 15-14-37
12 (a) and (b).

13         Wheeler Reporting Company, Inc. has no
   contract/agreement to provide reporting services with any
14 party to the case, any counsel in the case, or any reporter
   or reporting agency from whom a referral might have been
15 made to cover this deposition.  Wheeler Reporting Company,
   Inc. will charge its usual and customary rates to all
16 parties in the case, and a financial discount will not be
   given to any party to this litigation.

17

18

19  *Carol Lipinsky*

20
   Carol Lipinsky, CCR B-2144
21 October 14, 2015

22

23

24

25



```
 1                        CERTIFICATE
 2    STATE OF GEORGIA
 3    COUNTY OF FULTON
 4            I hereby certify that the foregoing
 5        transcript was taken down, as stated in the caption,
 6        and the colloquies, questions, and answers were reduced
 7        to typewriting under my direction; that the transcript
 8        is a true and correct record of the evidence given.
 9            The above certification is expressly
10        withdrawn and denied upon the disassembly or
11        photocopying of the foregoing transcript, unless
12        said disassembly or photocopying is done under
13        the auspices of Wheeler Reporting Company, Inc.,
14        Certified Court Reporters, and the signature and
15        original seal is attached thereto.
16            I further certify that I am not a relative
17        or employee or attorney of any party, nor am I
18        financially interested in the outcome of the action.
19            This, the 14th day of October, 2015.
20
21
22        Carol Lipinsky
23        CAROL LIPINSKY, CCR-B-2144
24
25
```



**$**

**$206,000 (1)**
14:21
**$4415.40 (1)**
23:22
**$451,003 (2)**
14:20;
22:14
**$49,000 (1)**
29:10
**$49,178 (1)**
23:11
**$5,464.27 (1)**
23:7
**$55,464.27 (2)**
24:17,
20
**$585,157 (2)**
13:9;
21:16
**$634,882 (1)**
21:15
**$657,315 (1)**
14:21
**$78,000 (1)**
29:11

**A**

**able (5)**
35:16,
16;36:9,
19;37:18
**achieves (1)**
15:18
**across (4)**
6:3;
26:9;
28:17;
33:13
**action (5)**
7:20,
21;8:14,
16;18:3
**active-duty (2)**
17:11;
21:9
**activities (1)**
35:13
**actual (4)**
17:19,
21;24:13;
25:4

**actually (13)**
5:14;
6:18;8:3;
17:15;
23:12;
27:11;
29:17;
30:21;
31:10,13;
34:5,9,17
**additional (3)**
7:15;
15:3;
35:20
**adjustable (1)**
29:14
**adjustment (13)**
8:7;
12:12,15;
13:1;
17:22,23,
24;18:15,
23;19:3;
20:6;
31:11,13
**adjustments (4)**
10:22;
17:16;
18:22;
19:13
**advised (2)**
33:4,6
**again (5)**
7:14;
14:15;
18:2;19:9;
29:12
**against (2)**
32:2,10
**age (5)**
14:9,
14;20:9;
30:10;
36:1
**ahead (1)**
20:17
**aisle (1)**
24:5
**allowances (14)**
12:24;
13:2,3,6,
9,11;
16:25;
17:5,6,24;
18:2,6;

**amount (5)**
20:8;
21:13
25:17;
26:5;
27:11;
29:24;
36:1
**analyses (1)**
30:2
**analysis (4)**
4:25;
5:3,5;6:14
**annual (1)**
18:23
**annually (1)**
9:3
**annum (1)**
24:12
**answered (1)**
27:14
**anymore (1)**
26:24
**applies (1)**
18:18
**appropriate (1)**
6:23
**area (2)**
28:19;
29:14
**areas (5)**
29:7,
11,17,22;
36:7
**arguing (1)**
33:9
**Army (11)**
5:10,
12,23,25;
6:2;10:5;
16:22;
18:24;
25:2;
35:14;
36:24
**aside (1)**
32:11
**assessed (1)**
6:1
**assigns (1)**
16:22
**associated (3)**
26:21,
25;35:17
**assume (6)**

**assumed (4)**
20:7;
22:24;
26:21;
29:12;
30:14;
33:12
6:14;
14:13;
26:11;
27:8
**assumes (1)**
27:19
**assuming (7)**
6:25;
7:9;8:10;
15:17;
17:13;
22:15;
26:13
**assumption (9)**
5:11,
20;8:11;
16:14;
24:23;
25:13,20;
26:2;
27:16
**assumptions (4)**
4:21;
5:4;19:11;
26:9
**Asterisk (1)**
27:3
**Atlanta (3)**
29:8,
22,22
**attempted (1)**
21:12
**atypical (1)**
35:24
**automatic (1)**
19:7
**automatically (1)**
25:17
**average (7)**
17:15,
16;28:15,
16;29:10,
13;30:12
**averages (1)**
30:3
**awarded (1)**
17:11

**B**

**back (8)**
13:14;
19:15,15;
23:17;
30:19;
31:1,14;
35:9
**backup (1)**
35:2
**base (26)**
9:4,5,
10;13:4,
10;14:25;
15:12,16,
23,25;
16:3,4,22;
18:25;
20:5,5,
21:2,11;
22:21,22,
25;23:2,4,
16;24:1,2
**based (4)**
7:9;
12:3;
17:18;
21:11
**basic (1)**
11:19
**basis (4)**
6:19;
8:10,12;
16:7
**bay (1)**
15:1
**become (1)**
34:17
**becomes (4)**
10:8;
28:1;30:5;
32:8
**below (1)**
16:19
**benefit (6)**
34:5,
10,12,17,
19,24
**benefits (10)**
6:8,13;
14:24;
15:22;
19:2;

Case 4:15-cv-00001-LGW-GRS   Document 54   Filed 12/07/15   Page 44 of 53
LEROY HAMLETT and MARSHA HAMLETT v.
CARROLL FULMER LOGISTICS CORPORATION
FRANCES WILLARD RUSHING, Ph.D.
September 29, 2015

26:12,16;
31:22;
35:2,4
**better (1)**
15:15
**beyond (2)**
5:12;
6:10
**board (1)**
33:13
**both (6)**
13:22;
19:18,19;
20:1;21:8;
26:4
**break (2)**
29:16,
20
**broader (1)**
17:4
**broke (1)**
7:17
**budget (3)**
7:22;
18:4;19:8
**budgetary (2)**
7:20,21
**Bureau (3)**
28:8;
33:15,17

**C**

**calculate (4)**
10:6;
13:22;
16:1;
21:22
**calculated (2)**
12:25;
14:19
**calculating (2)**
9:2;
11:12
**calculation (4)**
7:6;
12:21;
13:3;31:2
**call (2)**
12:24;
32:5
**can (14)**
4:20;
6:2;11:22,
24;12:8,

12;16:11;
26:23;
30:1;35:6;
36:2,4;
37:24;
38:10
**cap (1)**
14:25
**capacity (3)**
5:3,17;
9:2
**career (4)**
5:9,25;
6:9;9:25
**careers (1)**
6:5
**carried (1)**
17:10
**case (7)**
4:21;
5:21;6:1,
7;24:22;
32:1;
34:15
**certain (5)**
5:4;
9:21;
25:17;
29:21;
36:3
**certainly (5)**
13:16;
25:20;
36:4,5,13
**cetera (1)**
26:14
**change (18)**
4:4;8:4,
4,11,13;
9:9;10:9,
10,11,15;
12:4,16;
17:18,21;
18:10,12,
21;26:5
**changes (7)**
7:11,
25;8:19;
9:17;10:8;
18:10;
20:4
**characteristic (1)**
28:9
**charges (1)**
32:1

**chart (4)**
10:24;
11:10;
24:11,11
**check (1)**
31:7
**city (2)**
28:19,
24
**civilian (2)**
27:20;
30:14
**claim (2)**
13:16;
32:10
**claims (1)**
32:12
**clean (1)**
19:10
**close (1)**
28:13
**COLA (3)**
18:15,
22;20:6
**column (1)**
11:22
**commander (1)**
37:4
**comp (10)**
30:17;
32:6,9,10,
12,16;
33:2,25;
34:5,15
**companion (1)**
36:17
**compare (1)**
16:19
**compared (1)**
21:6
**comparison (1)**
15:16
**compensate (1)**
10:4
**compensation (3)**
30:17;
31:24;
32:1
**complete (1)**
4:17
**completely (1)**
14:2
**components (1)**
7:4
**concept (1)**

34:11
**concluded (2)**
5:14;
38:12
**conclusion (1)**
4:4
**condition (3)**
36:8,
21;37:15
**confused (1)**
24:20
**Congress (3)**
7:20,
21;8:13
**Congressional (2)**
18:3;
19:9
**consideration (1)**
17:7
**considered (2)**
17:12;
36:15
**consistent (2)**
8:17;
20:3
**constant (5)**
7:13;
10:1,9;
11:9;
12:13
**constraint (1)**
8:2
**constraints (2)**
7:23;
25:10
**Consumer (1)**
30:13
**contingency (1)**
27:16
**continue (2)**
5:9,17
**contractor (1)**
32:24
**contrasted (1)**
21:6
**contribution (1)**
30:16
**contributions (3)**
31:23;
33:24;
34:23
**copy (3)**
4:17;
38:4,8
**correctly (2)**

27:15;
29:6
**cost (6)**
19:2;
31:13;
33:18,19,
19,20
**cost-of-living (1)**
13:1
**country (2)**
28:17;
29:11
**course (9)**
5:7,13;
7:18;
17:10;
19:8;
21:23;
24:24;
34:16;
35:22
**CPI (7)**
17:18;
18:15;
30:19,20;
31:8,15,
16
**credentials (1)**
28:10
**current (2)**
37:1,14
**currently (2)**
7:24;
35:13

**D**

**data (7)**
28:19;
29:4,20,
21,23,24;
30:2
**database (2)**
28:16;
29:24
**date (4)**
6:11,
16;20:23;
37:6
**day (1)**
16:4
**dealing (1)**
5:7
**December (4)**
6:17;

22:24;
23:10,18
**decisions (1)**
19:9
**declining (1)**
18:16
**deemed (1)**
6:23
**defense (1)**
7:22
**defined (1)**
17:5
**definitely (1)**
5:18
**definition (1)**
17:4
**demonstrate (2)**
16:11;
26:2
**demonstrated (1)**
25:1
**department (1)**
7:22
**departure (1)**
6:17
**deposition (7)**
20:10;
37:4,9,12;
38:8,10,
12
**details (1)**
37:14
**determine (2)**
5:16;
28:21
**determined (1)**
5:18
**determining (2)**
16:8;
24:2
**die (1)**
34:12
**difference (5)**
14:10,
24;15:10;
21:21;
31:6
**different (9)**
6:2;
19:11;
20:13;
21:5,8;
30:20,21;
31:15;
33:8

**differential (10)**
10:3;
13:20,25;
14:17,21;
20:3,11,
20;21:10;
26:16
**differentials (3)**
24:25;
28:18,19
**differently (1)**
12:25
**discharged (1)**
14:1
**discount (1)**
13:12
**discounted (1)**
13:11
**discounting (1)**
13:13
**discovered (1)**
31:12
**discussing (1)**
11:18
**discussion (1)**
37:22
**DIXON (14)**
4:1,10,
15;9:18;
11:1,3,16;
22:8;35:8;
37:10,11,
20,24;
38:6
**Document (3)**
4:14;
8:8;11:15
**documents (1)**
17:20
**DOD (1)**
19:8
**dollars (3)**
24:17,
19;26:7
**done (3)**
12:3,
21;36:14
**double-check (2)**
30:23;
31:18
**double-checked (1)**
31:12
**down (7)**
7:17;
10:7;11:5,

5,24;
29:16,21
**Dr (2)**
4:11;
38:11
**drive (1)**
5:5
**due (1)**
6:5
**duly (1)**
4:7
**Dunwoody (1)**
29:8
**duplicated (1)**
38:2
**during (5)**
6:9;
17:11;
20:21;
26:12;
27:8

**E**

**E-7 (23)**
9:14,
14;10:1,5,
6,21,22,
22;11:5,
22,24;
12:1;
16:19;
17:12;
20:8;21:4,
15,18;
22:2,2,3,
17;24:25
**E-8 (9)**
10:2;
16:15;
20:22;
21:11,14,
19;25:3,
22,23
**E-9 (5)**
24:23,
25;25:3,
19,23
**early (1)**
17:19
**earn (4)**
6:8;
15:2;27:6;
28:5
**earned (2)**

12:10;
16:18
**earning (4)**
9:2;
21:9;
27:21;
28:16
**earnings (5)**
5:3,24;
27:11;
29:5;
33:20
**economy (1)**
36:4
**effective (1)**
11:19
**effectively (1)**
36:2
**eight (2)**
6:10,10
**either (3)**
16:11;
25:16;
32:4
**eligible (1)**
13:18
**else (2)**
17:3;
38:1
**employed (4)**
30:7,
10;36:3,
24
**employee (2)**
33:18;
34:4
**employees (3)**
32:16,
21,23
**employer (2)**
31:25;
32:10
**employers (2)**
32:19;
34:23
**employers' (1)**
31:22
**employer's (1)**
33:24
**employment (6)**
28:4,7,
11;29:1,2;
36:22
**end (3)**
9:25;

15:12;
21:3
**enlistment (1)**
25:9
**entitled (3)**
26:14,
23;27:1
**essentially (2)**
6:9;
32:3
**established (1)**
18:21
**et (1)**
26:14
**ETran (1)**
38:9
**evaluations (1)**
25:7
**even (3)**
7:14;
11:25;
26:23
**everybody (1)**
33:1
**everyone (5)**
18:16;
25:11;
27:4;
33:12;
34:19
**EXAMINATION (1)**
4:9
**examined (1)**
4:8
**excuse (2)**
17:22;
22:7
**Exhibit (6)**
4:14,
16;11:15,
18;37:8,
12
**exist (1)**
7:24
**exit (1)**
5:23
**expand (1)**
6:9
**expect (1)**
21:16
**expectancy (3)**
14:8;
19:4;31:5
**extended (1)**
4:24

Case 4:15-cv-00001-LGW-GRS   Document 54   Filed 12/07/15   Page 46 of 53
LEROY HAMLETT and MARSHA HAMLETT v.
CARROLL FULMER LOGISTICS CORPORATION
FRANCES WILLARD RUSHING, Ph.D.
September 29, 2015

**extent (1)**
  5:16
**extract (1)**
  29:23

## F

**fact (4)**
  5:9,18,
  21;6:7
**facts (1)**
  5:6
**failed (1)**
  33:16
**fair (1)**
  36:1
**fairly (3)**
  13:12;
  29:24;
  37:6
**far (2)**
  14:5;
  37:1
**fashion (1)**
  7:17
**federal (1)**
  32:4
**felt (1)**
  8:12
**few (1)**
  7:25
**figure (4)**
  21:22,
  25;22:19;
  25:24
**file (3)**
  8:8;
  17:5;
  25:13
**find (5)**
  12:17,
  23;28:7;
  30:22;
  36:23
**finds (1)**
  36:22
**fine (4)**
  17:8;
  22:9;
  37:25;
  38:6
**first (8)**
  4:7;
  5:11,21,
  22;13:14;

17:20;
21:25;
36:18
**five (2)**
  25:21;
  35:6
**five-page (1)**
  4:17
**flat (3)**
  9:22,
  23,24
**following (1)**
  14:2
**follows (1)**
  4:8
**food (8)**
  16:25;
  17:2;
  28:12;
  29:4;
  32:22;
  35:11;
  36:6;
  37:18
**forced (1)**
  13:17
**forego (2)**
  5:23;
  13:20
**foregone (3)**
  6:12,
  13;35:20
**forever (1)**
  9:8
**forms (1)**
  6:18
**forth (1)**
  28:19
**forward (7)**
  6:19,
  25;11:12;
  12:6;
  17:10;
  21:1;
  38:10
**foundation (1)**
  36:10
**Four (1)**
  25:23
**FRANCES (2)**
  4:6,13
**fringe (6)**
  27:9;
  31:22,24;
  32:6,8,19

**fringes (14)**
  7:2,3,7;
  12:24;
  13:3;
  16:20,21;
  17:6;
  26:22,22;
  30:15;
  32:5;
  33:19,22
**front (2)**
  36:2;
  37:24
**full (1)**
  4:11
**function (1)**
  7:20
**fundamentals (1)**
  17:9
**funding (1)**
  32:11
**funds (1)**
  27:21
**future (8)**
  6:21;
  8:2;9:2,8;
  12:21;
  21:5;
  23:15;
  35:21

## G

**gap (1)**
  27:8
**general (1)**
  7:14
**geographic (3)**
  29:7,
  14,21
**Georgia (5)**
  28:23;
  29:4,7,7;
  32:15
**gets (3)**
  27:4,5,
  9
**given (1)**
  28:10
**giving (1)**
  5:6
**goes (8)**
  7:13;
  11:7,8,9;
  12:13;

23:16;
25:2;
32:10
**good (2)**
  4:23;
  29:23
**government (2)**
  6:15;
  29:25
**grade (9)**
  7:10,
  11;9:14,
  21;10:19,
  25;15:18;
  24:24;
  25:11
**grades (2)**
  9:14;
  10:19
**gross (1)**
  30:18
**guess (7)**
  12:14;
  22:23;
  23:20;
  26:22;
  31:1;37:4,
  21
**guy (2)**
  27:1,2

## H

**Hamlett (3)**
  5:4,8;
  28:22
**hand (1)**
  31:11
**hate (1)**
  8:23
**health (3)**
  26:14;
  34:22,23
**held (1)**
  35:7
**help (3)**
  5:5;
  10:23;
  12:7
**Here's (1)**
  29:13
**high (1)**
  32:3
**higher (9)**
  8:13;

16:3,19,
20;19:16,
16;21:3,
15;28:20
**hold (2)**
  4:20;
  15:14
**holds (1)**
  10:1
**hopefully (1)**
  34:25
**hour (1)**
  33:19
**housing (3)**
  7:3;
  16:23,25

## I

**identical (2)**
  16:9;
  20:19
**identified (2)**
  27:10;
  28:12
**identify (3)**
  28:7;
  33:23,24
**ill (1)**
  34:17
**imagine (1)**
  32:22
**important (1)**
  34:24
**include (2)**
  16:24;
  18:10
**included (2)**
  7:2;
  17:3
**includes (2)**
  7:22;
  16:25
**income (3)**
  20:13;
  27:23;
  35:20
**increase (4)**
  8:7;
  9:10;12:5;
  15:22
**increased (5)**
  18:18;
  19:2,20;
  22:1,22

**increases (3)**
  7:19;
  10:24;
  11:25
**increasing (2)**
  9:3;
  11:12
**increments (1)**
  11:24
**independent (2)**
  32:24;
  34:22
**Index (1)**
  30:14
**indicated (1)**
  12:4
**indicates (1)**
  25:13
**indication (1)**
  10:16
**individual (4)**
  13:19;
  18:20;
  25:6;
  28:15
**inflated (8)**
  12:9;
  13:2,10,
  10;17:14;
  24:12;
  30:25;
  31:10
**inflating (1)**
  13:13
**inflation (3)**
  12:10;
  19:17;
  30:13
**information (2)**
  12:3;
  30:1
**initial (2)**
  6:14;
  20:20
**injured (3)**
  32:2,8;
  34:6
**injury (1)**
  5:16
**inside (1)**
  9:13
**instance (2)**
  17:12;
  29:8
**insurance (8)**

  26:14;
  32:3;
  34:11,14,
  20,22,23;
  35:5
**intent (4)**
  20:10,
  12;33:16,
  17
**interject (1)**
  19:10
**interrupt (1)**
  8:24
**interruption (1)**
  22:6
**intervals (1)**
  7:12
**into (11)**
  6:19,
  20;9:8,20;
  16:2;17:6;
  21:5;
  31:25;
  34:13,21;
  36:4
**issue (1)**
  36:20

### J

**January (10)**
  5:13;
  6:11,24;
  11:19;
  12:22;
  13:7,17;
  15:21;
  21:7;
  23:21
**job (9)**
  27:4,9,
  20;28:15,
  25;30:6;
  32:2;
  35:14;
  36:23
**jointly (1)**
  29:2
**judgment (1)**
  5:13
**jump (2)**
  8:6;
  26:4

### K

**keep (2)**
  10:12;
  19:10
**keeps (3)**
  16:6,6;
  20:7
**kick (1)**
  35:3
**kicks (3)**
  9:20;
  11:9;20:6
**kinds (1)**
  35:13
**Kirk (1)**
  30:8
**knowing (1)**
  8:16
**knowledge (1)**
  37:2
**known (1)**
  13:8
**Kroeger (1)**
  30:9

### L

**labeled (1)**
  11:23
**Labor (4)**
  28:8,
  14;33:15,
  18
**lack (1)**
  15:15
**lapse (1)**
  25:24
**large (2)**
  29:24;
  30:2
**larger (1)**
  24:22
**last (3)**
  17:16,
  21;37:5
**law (2)**
  32:4,4
**least (5)**
  12:4;
  20:9,24;
  27:16;
  30:15
**leaving (1)**

  21:7
**left-hand (1)**
  11:22
**legally (10)**
  30:15;
  31:22;
  32:5,18,
  25;33:5,7,
  9,12,23
**less (1)**
  32:15
**level (1)**
  9:21
**life (7)**
  14:8;
  19:4;30:8;
  31:5;
  34:11,20;
  35:5
**likely (1)**
  18:13
**little (1)**
  6:10
**live (1)**
  20:2
**living (2)**
  19:2;
  31:13
**local (1)**
  29:4
**location (1)**
  30:4
**locations (1)**
  29:3
**long (2)**
  19:15;
  30:6
**longevity (1)**
  31:4
**look (9)**
  10:24;
  11:22,25;
  14:11;
  16:13;
  21:12;
  30:21;
  31:2,14
**looked (2)**
  17:20;
  30:8
**looking (8)**
  8:3;
  12:17;
  14:16;
  16:17;

  19:18;
  22:11;
  24:18;
  35:22
**lose (1)**
  14:4
**loss (15)**
  7:2,3;
  12:23;
  13:6,8;
  14:13;
  16:8;20:8,
  11;21:17,
  20;26:12,
  25;35:20;
  36:16
**losses (16)**
  5:3,8;
  6:12,13,
  20,21,22;
  12:17;
  14:13;
  16:8;26:6,
  21;27:9;
  35:17;
  36:17,23
**lost (3)**
  9:2;
  12:22;
  23:15
**lot (3)**
  6:5;
  19:11;
  25:7
**low (2)**
  15:25;
  19:13
**lower (1)**
  28:20

### M

**magnitude (1)**
  8:11
**makes (1)**
  16:14
**making (7)**
  6:18;
  14:1,22;
  19:1;
  22:24;
  24:21;
  32:12
**man (2)**
  28:2,3

Case 4:15-cv-00001-LGW-GRS Document 54 Filed 12/07/15 Page 48 of 53
LEROY HAMLETT and MARSHA HAMLETT v.
CARROLL FULMER LOGISTICS CORPORATION
FRANCES WILLARD RUSHING, Ph.D.
September 29, 2015

**manager (5)**
28:13;
29:5;
32:22;
35:11;
37:18
**mandated (1)**
33:1
**many (3)**
34:21,
23;36:3
**marked (4)**
4:14,
16;11:15,
18
**married (1)**
29:1
**may (10)**
4:23;
10:23;
11:9;17:4;
25:9,10;
31:3,6,6;
33:15
**maybe (3)**
9:24;
28:24;
33:11
**mean (3)**
14:14;
25:11;
29:25
**means (2)**
13:20;
21:2
**Medicaid (5)**
30:17;
31:23;
33:14,25;
34:16
**medical (3)**
20:11;
37:1,15
**medically (1)**
13:25
**Medicare (5)**
30:16;
31:23;
33:14,25;
34:16
**mental (1)**
5:17
**merit (1)**
25:6
**methodology (2)**

16:9;
20:19
**midwest (1)**
29:18
**might (7)**
6:22,
22;8:19;
14:4;29:2;
36:15,15
**military (8)**
6:16;
7:8,19,25;
19:5;27:5;
28:10;
35:25
**million (1)**
26:7
**mind (2)**
4:4;
38:3
**mini (1)**
38:9
**missing (1)**
31:8
**misspoke (1)**
18:7
**month (1)**
24:1
**Monthly (2)**
23:8,24
**More (3)**
10:1;
11:8;
24:19
**most (2)**
6:5;
18:10
**motion (1)**
20:23
**move (3)**
6:25;
21:1;
25:25
**moved (1)**
24:22
**moves (1)**
24:24
**moving (1)**
6:19
**much (1)**
35:1
**must (1)**
20:22

|  | **N** | **O** |
|---|---|---|

**name (1)**
4:11
**near (2)**
18:13;
19:13
**need (7)**
5:19;
22:9;30:1;
32:16;
34:25,25;
37:22
**needed (1)**
13:22
**new (1)**
9:20
**next (4)**
8:14,
15;15:7;
28:1
**nominal (1)**
8:4
**Normal (1)**
4:1
**normally (1)**
6:4
**notary (1)**
37:25
**note (2)**
7:11;
31:19
**noted (1)**
27:3
**notice (1)**
16:20
**notify (1)**
4:4
**number (10)**
12:10;
20:4;22:2,
3;23:2,4,
21;30:21;
31:18;
36:6
**numbers (8)**
11:13;
12:6;14:4;
18:19;
19:19;
21:23;
23:13;
27:6

**Object (1)**
36:10
**obtained (1)**
24:23
**obvious (2)**
24:22;
27:4
**obviously (10)**
5:6;
6:20;10:3;
16:18;
26:3,6;
28:18;
33:13;
35:17;
36:19
**occur (3)**
6:20;
8:19;
21:10
**occurred (3)**
19:14;
25:21,22
**occurrence (3)**
25:14;
34:13;
35:3
**occurring (1)**
36:24
**off (4)**
8:2;
12:8;
24:11,11
**Once (5)**
10:8;
18:2,20;
19:8;
29:12
**one (12)**
4:20;
8:14;9:1;
10:20;
14:6;
24:18,22;
29:13;
31:4,5,16;
36:5
**One's (1)**
35:24
**only (18)**
7:2;
9:15;10:9;

12:15;
13:13,18;
14:15;
15:8,17;
17:10,21;
20:19;
29:25;
31:11,16;
32:22;
34:17;
37:3
**opportunities (1)**
36:6
**order (2)**
5:17;
38:7
**organization (2)**
25:10;
29:25
**original (1)**
38:4
**others (2)**
16:7;
28:20
**Otherwise (1)**
18:16
**out (24)**
5:5;7:6,
18;9:6,8,
25;12:9,
12;14:25;
16:1,2;
17:14;
19:8;20:9;
21:5;
24:13;
26:1,11;
27:5;
28:11;
30:22,25;
33:11,21
**outcome (1)**
5:22
**over (16)**
6:10;
7:25;8:4,
7,18,22;
10:11;
11:2,23,
23,23,23,
24;15:4;
17:21;
20:14
**overview (1)**
4:24

**P**

**page (3)**
14:5;
16:12;
27:3
**paid (1)**
27:20
**Paragraph (1)**
35:9
**parallel (1)**
35:14
**parallels (1)**
28:13
**part (2)**
10:19;
35:15
**particular (2)**
20:23;
29:23
**particularly (2)**
25:8;
35:5
**past (3)**
7:25;
19:12,17
**pattern (1)**
35:25
**pay (45)**
6:16;
17:7:2,5,
10,11,14,
15,18,25;
8:2,3,19;
9:14,15,
20;10:8,
12;11:7,
19,25;
13:4;
15:12;
16:4,22;
17:25;
18:21,21,
23,25;
21:2,11;
24:1,24;
26:4;
28:20;
30:15;
31:25;
32:9,11,
20;33:21,
21,22;
34:21

**paying (1)**
34:13
**PDF (1)**
38:9
**people (2)**
25:3;
34:20
**per (5)**
15:3;
24:1,12;
29:7;
33:19
**percent (40)**
8:5,7,9,
14;9:3,10;
10:10,16;
11:13;
12:4,6,12,
15;13:2,
11,13,13;
14:25;
15:3,4,7,
8,11,22,
25;16:3,4;
17:15;
18:11,25;
19:20;
20:1;
21:11;
23:13;
24:5,12;
30:13,18,
19,20
**percentage (5)**
8:4;
14:23;
19:16;
20:5;29:9
**performance (1)**
25:7
**perhaps (1)**
25:6
**period (17)**
6:23;
7:6,8;
12:18,19,
22;13:7,9;
17:14;
19:15;
20:9,21;
30:10,13,
23;31:1,3
**physical (5)**
5:17;
35:10;

36:8;37:5,
13
**PIASTA (9)**
4:2;
9:16;
10:23;
35:6;
36:10,12;
37:8;38:3,
9
**place (5)**
20:23;
29:13,13;
34:14;
35:3
**plays (1)**
25:8
**point (7)**
4:3;
5:19;6:17;
9:23;
26:11;
29:15;
34:18
**policy (1)**
32:4
**pool (1)**
27:21
**portions (1)**
29:22
**positions (1)**
35:15
**possibility (1)**
35:23
**possible (1)**
5:22
**possibly (2)**
29:14,
19
**potential (8)**
5:3,8,
24;6:22;
8:19;16:8;
27:16;
36:16
**potentially (3)**
12:5;
27:20;
28:4
**predicated (4)**
16:21,
22;25:5;
26:9
**present (5)**
14:12;

21:24;
22:5,11;
23:15
**presumably (4)**
13:24;
18:3;
26:25;
28:23
**pretty (4)**
8:10;
19:13;
28:13;
35:12
**previously (1)**
29:1
**Price (1)**
30:14
**primarily (1)**
25:7
**prior (3)**
6:23;
37:8,12
**probably (1)**
29:10
**problem (1)**
18:8
**process (3)**
6:6;
25:4,12
**processes (1)**
5:15
**professional (1)**
28:8
**profile (32)**
6:14;
13:8,15;
14:11;
15:15,16,
16;16:6,6,
11,12,14,
16;19:18;
20:7,15,
20;21:8,
13;23:14;
25:1,19;
26:6,7,8,
15;27:7,
10;28:5;
37:5,6,13
**profiled (1)**
15:17
**Profiles (10)**
9:1;
10:3;14:6;
15:20;

17:12;
20:1;
22:14;
26:12;
27:6;
36:18
**progress (1)**
23:13
**projecting (1)**
12:6
**promoted (3)**
7:15;
16:15;
20:22
**promoting (1)**
25:2
**promotion (4)**
15:19;
21:14;
25:12;
26:3
**promotions (1)**
26:10
**provide (1)**
34:23
**psyche (1)**
34:18
**public (1)**
37:25
**pull (2)**
33:16,
17
**put (3)**
10:7;
22:23;
36:16
**PX (1)**
26:23

**Q**

**qualified (1)**
34:9
**qualify (1)**
33:2
**quite (1)**
36:6

**R**

**raise (1)**
35:19
**raises (3)**
8:2;
28:6;

35:15
**range (1)**
26:8
**rank (3)**
7:1;
20:7;
26:17
**rapidly (1)**
25:25
**rate (2)**
11:7;
30:12
**rather (1)**
4:24
**rationale (1)**
30:2
**reach (1)**
9:21
**reached (1)**
23:12
**reaching (1)**
8:18
**Read (3)**
4:2;
37:3,22
**reading (1)**
16:16
**realities (1)**
21:7
**realizing (1)**
7:18
**really (2)**
5:22;
37:14
**reason (1)**
32:7
**recall (1)**
29:6
**recapture (1)**
14:15
**recent (3)**
18:10;
19:12;
37:6
**Recess (1)**
35:7
**recollection (1)**
29:20
**record (3)**
6:17;
7:24;
11:17
**reduce (1)**
27:6
**reduced (3)**

27:10;
31:4;
36:25
**regarding (1)**
29:4
**regardless (1)**
26:17
**regionally (1)**
29:16
**Relatively (2)**
28:3,3
**released (2)**
5:19;
15:18
**remain (1)**
16:21
**remainder (2)**
5:25;
14:8
**remained (4)**
7:1,8;
10:5,5
**remains (1)**
11:25
**Remember (1)**
14:13
**repeating (1)**
16:7
**report (6)**
4:18;
5:5;12:8;
14:11;
25:1;
31:11
**reported (2)**
9:6,10
**REPORTER (1)**
38:7
**reporting (1)**
8:6
**reports (1)**
33:18
**represent (1)**
13:24
**represents (2)**
13:10;
31:3
**required (10)**
30:15;
31:22;
32:5,19,
25;33:5,7,
9,12,24
**requirement (2)**
14:7;

32:20
**requirements (1)**
35:11
**requires (1)**
32:4
**reserved (1)**
4:5
**rest (1)**
10:13
**resulting (1)**
13:25
**retained (1)**
5:12
**retains (1)**
38:3
**retire (4)**
6:2;
13:17;
28:22;
35:25
**retired (5)**
14:9;
18:20,21;
22:15;
23:12
**retiree (1)**
26:14
**retirement (44)**
12:20;
13:18,23,
23;14:7,8,
12,18,18,
19,20,24;
15:11,21,
24;16:2,3;
17:25;
18:14,16,
19;19:19,
19,22,24;
20:5,6,9,
12,12;
21:5,10,
17,18,23,
24;22:12;
23:12;
24:2;26:5;
27:19,22,
24;31:13
**retirements (1)**
21:21
**retires (4)**
14:16;
18:20;
27:23;
28:2

**retiring (1)**
16:4
**review (2)**
5:15;
25:12
**reviews (1)**
25:5
**revised (1)**
8:20
**Right (15)**
8:21;
23:9;19:
10:4,14;
11:4;15:4;
18:1;
22:16;
23:11;
26:19;
31:10;
32:17;
36:21;
37:10
**role (1)**
25:8
**roughly (5)**
13:19;
14:22;
15:14;
28:2;
30:10
**routinely (2)**
6:4;8:6
**run (3)**
7:6;
14:6,6
**RUSHING (4)**
4:6,11,
13;38:11

**S**

**same (18)**
9:8,15;
10:12;
12:11;
13:15;
14:5;
16:21;
20:2;22:4,
14;26:15,
17;32:14;
34:8,11,
14,24;
36:21
**saw (1)**

29:20
**saying (3)**
10:15;
32:25;
36:14
**scenarios (1)**
4:22
**schedule (6)**
6:16;
7:14;8:4,
5;10:11,
12
**schedules (1)**
7:9
**se (1)**
29:7
**second (3)**
28:6;
33:10;
34:22
**Security (10)**
17:16;
18:22;
19:14;
30:16;
31:23;
33:14,25;
34:18,21;
35:1
**seek (2)**
28:11;
29:2
**seemed (1)**
19:11
**seems (1)**
8:5
**sense (8)**
8:17;
13:4;14:1,
22;20:16;
24:14;
32:12;
35:1
**separate (3)**
13:3;
27:21,22
**September (1)**
13:7
**sequester (1)**
7:21
**Sergeant (3)**
5:8,24;
28:22
**Service (24)**
9:17,

Case 4:15-cv-00001-LGW-GRS   Document 54   Filed 12/07/15   Page 51 of 53

LEROY HAMLETT and MARSHA HAMLETT v.                    FRANCES WILLARD RUSHING, Ph.D.
CARROLL FULMER LOGISTICS CORPORATION                                September 29, 2015

20;13:19,
23,24;
14:14,16,
18,18;
15:3,13;
16:1;20:4;
21:7;25:8;
26:4;27:1,
2;28:13;
29:5;
32:22;
35:11;
36:7;
37:18
**services (1)**
7:16
**set (1)**
32:11
**seven (4)**
7:1,10;
13:15;
15:17
**show (4)**
4:16;
6:18;
12:21;
21:13
**sic (1)**
12:22
**sign (2)**
4:2;
37:23
**Signature (1)**
4:5
**significant (3)**
7:25;
13:12;
26:5
**significantly (1)**
8:12
**similar (2)**
28:9;
35:13
**simple (1)**
22:23
**simplify (1)**
13:21
**simply (5)**
7:17;
12:5;20:4;
21:1;
25:12
**skills (1)**
36:3
**slightly (2)**

12:1,25
**slinging (1)**
14:4
**small (1)**
8:10
**Social (8)**
17:16;
18:22;
19:14;
30:16;
31:23;
33:13,25;
34:21
**somebody (1)**
32:22
**some-odd (1)**
31:5
**someone (2)**
18:24;
32:2
**somewhat (1)**
12:7
**sorry (4)**
18:7;
23:3,5;
36:11
**sounds (1)**
32:25
**source (1)**
29:23
**southeast (1)**
29:18
**speak (2)**
5:15;
20:3
**speaking (1)**
28:4
**specialty (1)**
25:9
**specific (1)**
29:21
**specifically (1)**
26:1
**specified (3)**
6:15;
20:22;
33:17
**specifies (1)**
32:20
**specify (2)**
12:16;
30:3
**spectrum (1)**
6:3
**spelled (1)**

26:1
**stand (2)**
33:4,6
**start (3)**
5:5;
14:4;
22:22
**started (1)**
21:25
**starting (3)**
5:19;
6:3;23:21
**state (4)**
4:11;
18:17;
29:17;
32:4
**statement (2)**
13:17;
16:5
**States (5)**
5:10,
12,25;
7:19;
20:10
**Statistic (1)**
33:15
**Statistical (1)**
30:8
**statistics (3)**
28:8,
14;33:18
**status (2)**
26:24;
37:1
**statutes (1)**
20:2
**stay (3)**
9:23;
12:11;
28:23
**stayed (3)**
15:19,
25;21:4
**stays (4)**
7:13;
9:22,24;
15:21
**step (2)**
10:24;
11:8
**still (6)**
5:14;
13:15;
14:22;

28:2;
32:12;
36:1
**stipulations (1)**
4:1
**stop (1)**
8:23
**stream (2)**
20:14;
27:24
**stretch (1)**
8:18
**stronger (1)**
35:2
**subject (4)**
8:13;
18:2;19:9;
26:19
**subsistence (4)**
7:3;
16:23,24;
17:1
**sum (1)**
33:20
**Sure (9)**
5:1;
8:25;
11:17;
22:9;
25:14;
27:14;
30:24;
37:6;38:5
**sworn (1)**
4:7

**T**

**table (2)**
9:6,11
**Tables (1)**
30:8
**talked (2)**
36:17,
23
**talking (5)**
6:21,
21;22:2;
35:10;
37:13
**Telephone (1)**
22:6
**tells (2)**
11:7;
28:14

**ten (1)**
15:7
**term (3)**
15:16;
18:13;
19:13
**terminate (1)**
6:5
**terminology (2)**
33:8;
34:3
**terms (4)**
8:11;
21:8;
22:23;
35:20
**terribly (1)**
32:3
**testified (1)**
4:8
**Therefore (1)**
13:22
**Thirtieth (1)**
24:8
**though (2)**
11:25;
15:10
**thought (3)**
11:1;
17:9;
31:17
**three (13)**
4:22;
9:1;15:20;
17:21;
18:9,11;
22:4,14;
27:6;
32:15,21,
23;36:18
**throughout (1)**
8:9
**tier (1)**
28:6
**times (1)**
6:3
**title (1)**
28:15
**top (4)**
11:23;
25:11;
27:4;
34:21
**total (2)**
29:9;

Case 4:15-cv-00001-LGW-GRS   Document 54   Filed 12/07/15   Page 52 of 53

LEROY HAMLETT and MARSHA HAMLETT v.          FRANCES WILLARD RUSHING, Ph.D.
CARROLL FULMER LOGISTICS CORPORATION                      September 29, 2015

33:23
**totally (1)**
  27:22
**towards (1)**
  9:25
**transfer (1)**
  36:4
**transferable (1)**
  36:5
**tried (2)**
  28:7;
  35:14
**true (1)**
  15:14
**truth (1)**
  4:7
**try (5)**
  17:6;
  19:10;
  20:15;
  28:21,21
**trying (1)**
  14:15
**turned (2)**
  7:18;
  16:12
**two (12)**
  7:4,13;
  9:1,21;
  10:20;
  11:8;12:1;
  14:6,10;
  17:9;
  21:21;
  35:14
**two-year (3)**
  7:12,
  12;11:24
**typical (1)**
  35:24
**Typically (3)**
  6:3;
  7:19;
  34:20

**U**

**unable (3)**
  5:9;
  35:18;
  36:14
**under (5)**
  5:15;
  10:22;
  27:17;

33:23;
36:18
**Unemployment (6)**
  30:17;
  32:14;
  34:1,8,9,
  15
**United (4)**
  5:10,
  12,25;
  7:19
**unless (3)**
  34:5,8,
  12
**up (9)**
  6:1;
  7:13;11:8;
  12:1;20:1;
  23:13,23;
  24:24;
  29:8
**upgraded (1)**
  10:6
**upon (2)**
  25:5;
  26:9
**use (4)**
  6:16;
  17:23;
  22:19;
  23:21
**used (3)**
  11:10;
  17:22;
  30:20
**using (3)**
  19:12;
  21:22;
  30:3
**usually (3)**
  6:4;
  7:12;
  31:19
**utilize (1)**
  32:9

**V**

**value (9)**
  12:23,
  25;14:12;
  21:24;
  22:5,11;
  23:15;
  24:13,16

**variability (1)**
  26:2
**variable (1)**
  30:4
**various (3)**
  5:15;
  7:9;29:17
**versus (3)**
  13:3,
  21;20:12
**view (1)**
  37:21
**voted (1)**
  18:3

**W**

**wage (5)**
  7:13;
  12:17;
  13:10;
  23:16;
  30:12
**wages (17)**
  6:8,13,
  15;7:7;
  12:22;
  13:6,8;
  14:13;
  16:18;
  20:8;
  21:13;
  23:15;
  27:5,9;
  30:18;
  33:19,22
**Walk (1)**
  4:22
**wants (1)**
  34:19
**Warriors (1)**
  37:5
**wasted (1)**
  35:1
**way (4)**
  8:15;
  9:1;23:17;
  33:8
**weights (1)**
  19:13
**what's (1)**
  31:19
**whereas (1)**
  26:7
**wherever (1)**

28:25
**whole (3)**
  4:7;
  19:11;
  28:17
**who's (1)**
  32:2
**wife (1)**
  29:1
**WILLARD (2)**
  4:6,13
**within (4)**
  10:6,
  25;29:7,
  17
**WITNESS (4)**
  4:3;
  36:11;
  37:21;
  38:1
**wondering (1)**
  32:18
**word (1)**
  8:18
**words (3)**
  10:11;
  26:13;
  27:23
**work (3)**
  10:19;
  30:8,9
**workers (1)**
  33:18
**workers' (12)**
  30:17;
  31:24;
  32:1,6,9,
  10,12,16;
  33:2,25;
  34:5,15
**workplace (1)**
  30:7
**worksheet (2)**
  12:8;
  30:22
**world (1)**
  36:5
**Wounded (1)**
  37:4
**written (1)**
  4:18

**Y**

**year (21)**

8:14,
14,15;
9:12,13,
24;10:10;
12:9,12,
13,14;
15:3,20,
23;18:11;
24:2,6,7,
8,13,16
**years (59)**
  6:1,3,4,
  4,5,10,10;
  7:13;8:1;
  9:17,20,
  21;10:1,2,
  2,7,7;
  11:8;12:1;
  13:19,21,
  21,23,24;
  14:9,14,
  16,17,18,
  24,25,25;
  15:2,3,7,
  8,11,13;
  17:13,17,
  17,22;
  18:9,11,
  25;19:15;
  20:4,12,
  13;21:9,
  25:7,21,
  23;27:23;
  28:2;30:9;
  31:5;36:1,
  1
**Yep (1)**
  30:25
**yesterday (1)**
  31:12
**young (2)**
  28:2,3

**Z**

**zero (1)**
  8:15

**1**

**1 (31)**
  4:14,
  16;5:13;
  6:11,24;
  8:5,7,9;

Case 4:15-cv-00001-LGW-GRS Document 54 Filed 12/07/15 Page 53 of 53
LEROY HAMLETT and MARSHA HAMLETT v.
CARROLL FULMER LOGISTICS CORPORATION
FRANCES WILLARD RUSHING, Ph.D.
September 29, 2015

9:3,10;
10:10,16;
11:13;
12:4,6,12,
15,22;
13:7,7,13,
17;15:16;
16:6,12;
18:8;21:7;
24:12;
25:1;26:6;
27:7
**1.89 (2)**
17:21;
18:9
**11 (2)**
37:8,12
**11.19 (1)**
30:18
**11:53 (1)**
38:12
**12 (3)**
24:21;
27:17;
35:9
**14.69 (1)**
30:9
**14-point (1)**
31:5
**16 (1)**
23:22
**17 (2)**
9:24,25
**18 (2)**
9:24,25
**1st (3)**
11:19;
15:21;
23:21

---

**2**

---

**2 (12)**
11:15,
19;15:16;
16:11,12,
13,14,16;
20:15;
26:8;27:3,
7
**2.4 (11)**
13:2;
17:15,24;
18:6,15,
18;19:20;

20:1;
23:13;
31:11,12
**2.43 (2)**
30:20;
31:9
**2.5 (2)**
15:3,22
**2.8 (7)**
30:13,
19,22,25;
31:3,14;
37:22
**20 (8)**
6:4;
11:2,23;
15:2,7;
17:17;
18:24;
24:6
**2006 (1)**
12:22
**2014 (2)**
6:17,17
**2015 (11)**
6:16,
19;9:7;
10:12;
11:19,20;
15:12;
22:24,25;
23:18,22
**2016 (11)**
5:13;
6:11,20,
24;12:18;
13:7,17;
15:21,24;
20:21;
21:7
**2017 (2)**
16:15;
20:25
**2018 (2)**
8:9;
12:5
**2021 (3)**
12:14,
15;25:23
**2023 (1)**
23:10
**2024 (16)**
12:18,
19,23;
13:7;

14:12;
19:22,24;
21:24;
22:12;
23:5,14;
24:17,19;
35:23;
36:9;
37:18
**20-year (1)**
31:8
**21 (12)**
13:19,
19,21,23;
14:9,18,
24;15:11,
13;20:12;
27:8;
36:22
**21-year (6)**
14:12,
19;19:22;
21:24;
22:12;
27:1
**22 (2)**
11:23;
17:16
**24 (4)**
10:1;
11:8,23;
23:11
**25 (1)**
15:8
**25,000 (1)**
19:1
**26 (3)**
10:2;
11:9,24
**28 (1)**
11:24

---

**3**

---

**3 (12)**
8:15;
13:8;
14:11;
15:15;
16:6;
19:18;
20:7;
23:14;
26:7;27:3,
7,10

**30 (20)**
6:1,4,5;
10:2;
13:21,24;
14:14,14,
16,17,24;
25;17:13;
19:15;
20:9,12;
21:3;27:9,
23;28:2
**302,776 (1)**
21:20
**30th (1)**
24:7
**30-year (7)**
12:20;
14:8,20;
16:2;
19:24;
27:2,8

---

**4**

---

**4 (1)**
8:15
**411,226 (1)**
23:15
**44 (1)**
23:23
**451,003 (2)**
21:19,
23
**48- (1)**
29:10
**49 (1)**
24:6
**4996.20 (1)**
24:3
**4999 (1)**
24:3

---

**5**

---

**5 (3)**
13:11,
13;27:3
**50 (6)**
15:4,7,
11;16:4;
18:25;
35:25
**50,000 (1)**
19:1
**50-year-old (1)**

30:6
**51 (1)**
36:1
**52 (3)**
15:13,
25;36:1
**52.5 (1)**
15:14
**53,5- (1)**
29:10
**53,500 (1)**
28:16
**5400 (1)**
23:7
**55 (1)**
23:23
**59 (1)**
23:23

---

**6**

---

**65 (1)**
30:10
**65,571 (1)**
24:21

---

**7**

---

**7 (3)**
8:14;
18:11;
26:13
**75 (3)**
14:25;
16:3;
21:11
**753,779 (1)**
21:20
**791,000 (1)**
26:8

---

**9**

---

**9 (1)**
10:2
**937,658 (1)**
26:8
**96 (1)**
24:6